**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00631-CR
_____

**DYLLAN CHANCE GODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1320939**

## ORDER

Appellant entered a plea of guilty, without an agreed recommendation on punishment, to sexual assault of a child. On June 10, 2013, the trial court sentenced appellant to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. On October 14, 2013, the trial court appointed Steven A. Hershkowitz to represent appellant. Appellant's brief is due February 3, 2014.

On January 15, 2014, appellant filed a pro se letter in which he states that he no longer wishes to pursue his appeal. Texas Rule of Appellate Procedure 42.2(a) states that appellant and his attorney must sign a motion to dismiss an appeal. *See* Tex. R. App. P. 42.2(a). Accordingly, we issue the following order:

Appellant's counsel, **Steven A. Hershkowitz**, is directed to file a response to this order on or before **February 7, 2014,** stating whether he joins in appellant's pro se request to dismiss his appeal. *See* Tex. R. App. P. 2 (permitting the court to suspend a rule's operation and order a different procedure to expedite a decision or for other good cause).

PER CURIAM